UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN HENRY DALTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRAIG KOENIG,<br><br>　　　　Defendant. | Case No.  21-cv-02588-JSW<br><br>**ORDER OF DISMISSAL** |

On December 7, 2021, this case was dismissed with leave to amend, and Plaintiff was cautioned that if he did not file an amendment within 28 days, the case would be dismissed. No amendment has been received, and he deadline to file one has passed. This case is DISMISSED with prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 24, 2022

　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge